ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL VI

| SM, INC.<br><br>Recurrente<br><br><br>v.<br><br><br>DEPARTAMENTO<br>DE EDUCACIÓN<br>DE<br>PUERTO RICO<br><br>Recurrido | KLRA202400051 | *Revisión Administrativa* procedente del Departamento de Educación<br><br>Sobre: Adjudicación de Solicitud de Propuestas Para Servicios Profesionales de Desarrollo Profesional para Directores Escolares y Líderes Educativos 2023-2024, RFP Núm. DEPR-UAF23-001 |

Panel integrado por su presidenta, la Jueza Ortiz Flores, el Juez Rivera Torres, la Jueza Rivera Pérez y el Juez Campos Pérez

Ortiz Flores, Jueza Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 6 de mayo de 2024.

Atendida la *Moción informando desistimiento* presentada el 30 de abril de 2024, por la parte recurrente, SM, INC, por conducto de su representación legal, en la cual desiste con perjuicio del recurso presentado el 30 de enero de 2024 ante nosotros, se declara ha lugar bajo la Regla 83(A) del Reglamento del Tribunal de Apelaciones, 4 L.P.R.A. Ap. XXII-B, R.83(A) y se ordena el archivo del caso.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Notifíquese.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones


Número Identificador
SEN2024_____